UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RAFAEL CAJIGAS, Individually and on Behalf of All Others Similarly Situated,**
        Plaintiff,

v.                                          Case No. 20-CV-262

**Messerli & Kramer PA and LVNV Funding LLC,**
        Defendants.

---

## ORDER

The plaintiff has filed a notice of a settlement in principle and expects that a stipulation dismissal will be submitted to the Court shortly. ECF No. 6. **Accordingly, the Clerk of Court is directed to close the administrative case file**.

**SO ORDERED** at Milwaukee, Wisconsin, this 22nd day of June, 2020.

                                            s/Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge